RECVD '06 JUL 12 14:31 USDC-ORP

FILED '06 JUL 14 15:12 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

05-CR-138-RE

| UNITED STATES OF AMERICA, | ) | No. ~~CR 0-138-01-RE~~ |
|---|---|---|
| | ) | |
| v. | ) | ORDER AMENDING JUDGMENT |
| | ) | PURSUANT TO (RULE 35[B]) |
| KEVIN WADE SCHULTZ, | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE |
| Defendant. | ) | |

On motion of the United States of America, by Kerin J. Immergut, United States Attorney, and Johnathan S. Haub, Assistant United States Attorney, and without opposition by Kevin Wade Schultz, defendant herein, or his counsel, Steve Jacobson, the defendant's sentence of 21 months imprisonment is reduced to a sentence of 15 months imprisonment on grounds the defendant has provided substantial in the prosecution of others. The judgment on this case previously entered on October 6, 2005, otherwise remains in full force and effect in all other respects.

///

///

A copy of this amended judgment order shall be provided to the Bureau of Prisons for a recalculation of the defendant's release date, and for other related matters.

IT IS HEREBY SO ORDERED.

DATED this _13_ day of July 2006.

_____
JAMES A. REDDEN
United States District Judge

Submitted by:

KARIN J. IMMERGUT
United States Attorney

_____
JOHNATHAN S. HAUB OSB#76165
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I made service of the foregoing **ORDER AMENDING JUDGMENT PURSUANT TO (RULE 35[B]) FEDERAL RULES OF CRIMINAL PROCEDURE** was placed, according to established office procedures, in the U.S. Attorney's Office's mail room in the outgoing mailbox designated for the Federal Public Defender's Office on July 12, 2006 addressed to:

Steve Jacobson
Assistant Federal Public Defender
101 Southwest Main Street
Suite 1700
Portland, OR 97204

    Attorney for Kevin Wade Schultz

                                              *Sarah Hawkins for Sheila Davis*
                                              Sheila Davis, Legal Assistant, to
                                              Johnathan S. Haub
                                              Assistant United States Attorney

CERTIFICATE OF MAIL